# EXHIBIT A

## JUICY – FORMATIVE Trademarks with PTO Registrations

1. JUICY — Serial No. 78389220 ...................................................................................1
2. JUICY — Serial No. 86140997 ...................................................................................1
3. JUICY  — Serial No. 86634887 ...................................................................................1
4. JUICY — Serial No. 97262243 ...................................................................................1
5. JUICY JAY'S — Serial No. 78116781 .................................................................................2
6. JUICY JAY'S — Serial No. 85009891 .................................................................................2

# JUICY – FORMATIVE Trademarks with PTO Registrations

*Revised 7/23/24*

| | Mark | Application/ Registration Information | Product Description | Evidence of Use |
|---|---|---|---|---|
| 1. | JUICY | Serial No.: 78389220<br>Filing Date: Mar. 23, 2004<br><br>Reg. No.: 3053223<br>Reg. Date: Jan. 31, 2006<br><br>First Use: Jun. 06, 2001<br>First Use in Commerce: Jun. 06, 2001<br><br>Section 8 & 9 Renewal Accepted Feb. 02, 2015 | tobacco accessories, namely, rolling papers, | 36th Edition HBI Smoking catalog |
| 2. | JUICY | Serial No.: 86140997<br>Filing Date: Dec. 11, 2013<br><br>Reg. No.: 4568185<br>Reg. Date: Jul. 15, 2014<br><br>First Use: Jul. 26, 2010<br>First Use in Commerce: Jul. 26, 2010<br><br>Section 8 & 15 Accepted Aug. 27, 2019 | Herbs for smoking. | 36th Edition HBI Smoking catalog |
| 3. | JUICY | Serial No.: 86634887<br>Filing Date: May 19, 2015<br><br>Reg. No.: 5046497<br>Reg. Date: Sep. 20, 2016<br><br>First Use: Jul. 20, 2016<br>First Use in Commerce: Jul. 20, 2016<br><br>Section 8 & 15 Accepted Jan. 13, 2023 | Providing consumer and business information and related news in the fields of marijuana and cannabis and medicinal and therapeutic marijuana and cannabis. | www.juicyjays.com |
| 4. | JUICY | Serial No.: 97262243<br>Filing Date: Feb. 10, 2022<br><br>Reg. No.: 7129962<br>Reg. Date: Aug. 08, 2023<br><br>First Use: Jul. 29, 2016<br>First Use in Commerce: Jul. 29, 2016 | Hemp wrapper being hemp rolling paper for smoking derived from mature stalks of Cannabis sativa L plant | 36th Edition HBI Smoking catalog |

1

|  | Mark | Application/ Registration Information | Product Description | Evidence of Use |
|---|---|---|---|---|
| 5. | JUICY JAY'S | Serial No.: 78116781<br>Filing Date: Mar. 22, 2002<br><br>Reg. No.: 2678289<br>Reg. Date: Jan. 21, 2003<br><br>First Use: Jun. 06, 1999<br>First Use in Commerce: Jun. 06, 1999<br><br>Section 8 & 9 Renewal Accepted Jun. 30, 2023 | tobacco accessories, namely, rolling papers | 36th Edition HBI Smoking catalog |
| 6. | JUICY JAY'S | Serial No.: 85009891<br>Filing Date: Apr. 08, 2010<br><br>Reg. No.: 3876971<br>Reg. Date: Nov. 16, 2010<br><br>First Use: Jun. 29, 2000<br>First Use in Commerce: Jun. 29, 2000<br><br>Section 8 & 9 Renewal Accepted Jan. 11, 2020 | Tobacco and Herbal Smoke masking incense. | 36th Edition HBI Smoking catalog |

2