# EXHIBIT C



| | |
|---|---|
| Document title: | ONLINE STORE - Salish Coast Cannabis |
| Capture URL: | https://salishcoastcannabis.com/order-online/?dtche%5Bpath%5D=products&dtche%5Bbrands%5D=juicy-jays-juicy-joints&dtche%5Bsearch%5D=juicy&dtche%5Bsortby%5D=brand |
| Page loaded at (UTC): | Mon, 15 Jul 2024 20:22:23 GMT |
| Capture timestamp (UTC): | Mon, 15 Jul 2024 20:23:46 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 9 |
| Capture ID: | jVhu62GZjbTYwLLi6jb5qa |
| User: | dw-team2 |

PDF REFERENCE #:    qyrFLDurC9Dbyw4vaJCbWQ



# ONLINE STORE - Salish Coast Cannabis

**Showing result for: "juicy"** clear

**JUICY DABS - Mango Wax 1G**
Juicy Dabs
Hybrid   THC: 2.2%
1g - $17.00

**CATEGORIES**
- All Categories
- Concentrates
- Pre-Rolls

**BRANDS**
- Hellavated



START SHOPPING

BRANDS
- Hellavated
- Juicy Dabs
- Juicy Joints

TYPES
- Hybrid
- Sativa

EFFECTS
- Calm
- Happy
- Relaxed
- Energetic
- Creative
- Focused

View More

Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Watermelon Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Tangerine Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Tropical Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Strawberry Sherbet Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Black Cherry Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Strawberry Banana Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Lime Ricky Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Rainbow Sherbet Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Cotton Candy Wax 1G
Juicy Dabs
Hybrid THC: 2.2%
1g - $17.00

JUICY DABS – Tiger's Blood Wax 1G
Juicy Dabs
Hybrid THC: 8.2%

CONTACT US

| Product | Details | Price |
|---|---|---|
| JUICY DABS - Tiger's Blood Wax 1G | Juicy Dabs · Hybrid · THC: 8.2% | 1g - $17.00 |
| JUICY DABS - Blueberry Creamsicle Wax 1G | Juicy Dabs · Hybrid · THC: 8.2% | 1g - $17.00 |
| JUICY DABS - Blue Raspberry Wax 1G | Juicy Dabs · Hybrid · THC: 8.2% | 1g - $17.00 |
| JUICY JOINTS - Pomegranate Infused PR .8G | Juicy Joints · Hybrid · THC: 0.19% | .8g - $5.00 |
| JUICY JOINTS - Watermelon Infused Pre-Roll | 0.8g | Juicy Joints · Hybrid · THC: 0.21% | .8g - $5.00 |
| JUICY JOINTS - Mango Infused Pre-Roll | 0.8g | Juicy Joints · Hybrid · THC: 0.19% | .8g - $5.00 |
| JUICY JOINTS - Pineapple Infused Pre-Roll | 0.8g | Juicy Joints · Hybrid · THC: 0.21% | .8g - $5.00 |
| JUICY JOINTS - Grape Infused Pre-Roll | 0.8g | Juicy Joints · Hybrid · THC: 0.21% | .8g - $5.00 |
| JUICY JOINTS - Cinnamon Fireball Infused PR .8G | Juicy Joints · Hybrid · THC: 0.18% | .8g - $5.00 |
| JUICY JOINTS - Seattle Berry Infused PR .8G | Juicy Joints · Hybrid · THC: 0.2% | .8g - $5.00 |


| | JUICY JOINTS - Seattle Berry Infused PR .8G | .8g - $5.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.2% | |

| | JUICY JOINTS - Tropical Infused Pre-Roll \| 0.8g | .8g - $5.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.19% | |

| | JUICY JOINTS - Rainbow Sherbert Infused PR .8G | .8g - $5.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.2% | |

| | JUICY JOINTS - Supers Lime Rickey Infused PR 1G | 1g - $9.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.15% | |

| | JUICY JOINTS - Tangerine Dream Infused Pre-Roll \| 0.8g | .8g - $5.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.2% | |

| | JUICY JOINTS - Orange Creamsicle Infused Pre-Roll \| 0.8g | .8g - $5.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.17% | |

| | JUICY JOINTS - Supers Orange Creamsickle Infused PR 1G | 1g - $9.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.21% | |

| | JUICY JOINTS - Black Cherry Infused Pre-Roll \| 0.8g | .8g - $5.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.16% | |

| | JUICY JOINTS - Supers Peppermint Stick Infused PR 1G | 1g - $9.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 0.16% | |

| | JUICY JOINTS - Super Au Natural Infused PR .8g | 1g - $9.00 |
|---|---|---|
| | Juicy Joints | |
| | Hybrid   THC: 39.2% | |

CONTACT US








Juicy Joints
Hybrid THC: 39.2%

**JUICY JOINTS - Cotton Candy Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid THC: 0.21%
.8g - $5.00

**JUICY JOINTS - Blue Raspberry Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid THC: 0.21%
.8g - $5.00

**JUICY JOINTS - Blueberry Cheesecake Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 0.21%
1g - $9.00

**JUICY JOINTS - Strawberry Sherbet Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 0.15%
1g - $9.00

**JUICY JOINTS - Strawberry Limeade Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 0.22%
1g - $9.00

**JUICY JOINTS - Georgia Peach Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 0.16%
1g - $9.00

**JUICY JOINTS - Bubble Gum CBD Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid THC: 0.19%
.8g - $5.00

**JUICY JOINTS - Blueberry Cotton Candy Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 0.21%
1g - $9.00

**Island Breeze Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 0.16%
1g - $9.00

CONTACT US

**Blueberry Creamsicle Infused Pre-Roll | 0.8g**
.8g - $5.00

**Strawberry Haze Juicy Stickz Infused Pre-Roll | 0.75g**
Hellavated
Hybrid   THC: 36%   |   CBD: 0.3%
.75g - $5.00

**Mango Kush Juicy Stickz Infused Pre-Roll | 0.75g**
Hellavated
Hybrid   THC: 31.7%   |   CBD: 0.2%
.75g - $5.00

**HELLAVATED - Grape Stomper Juicy**



**CONTACT INFO**        **MENU**        **OUR LOCATION**

Salish Coast Cannabis

## Categories


SHOP
**Flower**


SHOP
**Pre-Rolls**


SHOP
**Vaporizers**


SHOP
**Concentrates**


SHOP
**Edibles**


SHOP
**Tinctures**


SHOP
**Topicals**


SHOP
**Accessories**

Privacy Policy



## CONTACT INFO

**Salish Coast Cannabis**
12947 Casino Drive
Anacortes, WA 98221

info@salishcoast.net

(360) 588-2760

8AM-10PM Every Day



## MENU

HOME

ABOUT US

VENDORS

JOIN OUR TEXT CLUB

JOIN THE TEAM

CONTACT US


START SHOPPING

## OUR LOCATION



© COPYRIGHT 2023, SALISH COAST CANNABIS. ALL RIGHTS RESERVED.

PageVault

| | |
|---|---|
| Document title: | Ballard, WA Marijuana Dispensary Menu \| American Mary |
| Capture URL: | https://americanmarywa.com/locations/ballard-pot-shop/menu/?dtche%5Bpath%5D=products&dtche%5Bsearch%5D=juicy |
| Page loaded at (UTC): | Mon, 15 Jul 2024 20:25:13 GMT |
| Capture timestamp (UTC): | Mon, 15 Jul 2024 20:26:08 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 5 |
| Capture ID: | vmejHj1vqnemzHeHGeoriY |
| User: | dw-team2 |

PDF REFERENCE #:     9BFv1gpMYCKEFrR2JEmaGi



LOCATIONS    DEALS    LOYALTY    CONTACT    ORDER ONLINE



**American Mary**

# Ballard

If you're looking for a Ballard marijuana dispensary, you are in luck. American Mary, Seattle's number one dispensary, has expanded with a second convenient location in the Ballard neighborhood. Close to Woodland Park Zoo, the Ballard Locks, and the Space Needle, our Ballard dispensary is easy to get to and fun to visit.

**HOURS:**

Sunday-Thursday     10am - 10pm

Friday-Saturday     10am - 11pm

**ADDRESS:**

5300 17th Ave NW,
Seattle, WA 98107

Call Ballard

Directions



Home    Categories    Brands    🔍 juicy ✖            OPEN Pickup    MENU Recreational    👤    🛒 0

**CATEGORIES**

All Categories
Pre-Rolls
Edibles

Showing result for: **"juicy"** clear                                    Sort By ▼    List: ≡ ▼

**JUICY: Super Au Naturel**
Juicy Joints
Hybrid    THC: 0.24%                                                        1g - $10.00

**JUICY: Supers Seattle Berry**
Juicy Joints
Hybrid    THC: 0.25%                                                        1g - $10.00

**BRANDS** ▼
☐ Green Revolution
☐ Juicy Jay's
☐ Juicy Joints
☐ OLYMPIC REEF, LLC

**Au Naturel CBD Infused Pre-Roll | 0.8g**
Juicy Joints
High CBD                                                                    .8g - $6.00

**TYPES** ▼
☐ Hybrid
☐ High CBD

---

Document title: Ballard, WA Marijuana Dispensary Menu | American Mary
Capture URL: https://americanmarywa.com/locations/ballard-pot-shop/menu/?dtche%5Bpath%5D=products&amp;dtche%5Bsearch%5D=juicy
Capture timestamp (UTC): Mon, 15 Jul 2024 20:26:08 GMT                                                        Page 1 of 4



LOCATIONS DEALS LOYALTY AMERICAN MARY CONTACT ORDER ONLINE

EFFECTS

- Calm
- Happy
- Relaxed
- Energetic
- Clear Mind
- Creative

View More

**Black Cherry Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid THC: 18% | CBD: 0.07%
.8g - **$6.00**

**Blueberry Cheesecake Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid
1g - **$9.00**

**Georgia Peach Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid THC: 40.07%
1g - **$10.00**

**Island Breeze Supers Infused Pre-Roll | 1g**
Juicy Joints
Hybrid
1g - **$10.00**

**Pomegranate .8g**
Juicy Jay's
Hybrid THC: 45%
.8g - **$6.00**

**Seattle Berry Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid
.8g - **$6.00**

**Strawberry Banana Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid
.8g - **$6.00**

**Watermelon Infused Pre-Roll | 0.8g**
Juicy Joints
Hybrid
.8g - **$6.00**

**Juicy Joint Watermelon - Mixed/Liquid Diamonds/Kief**
OLYMPIC REEF, LLC
THC: 0.22%
.8g - **$6.00**

**Juicy Peach 1:1 Doozies | 10-pack**
Green Revolution
**$30.00**

Privacy - Terms

LOCATIONS    DEALS    LOYALTY    **AMERICAN MARY**    CONTACT    ORDER ONLINE

| | | |
|---|---|---|
| | Green Revolution<br>**Hybrid**  THC: 100 mg  \|  CBD: 100 mg | $30.00 |
| | **Juicy Joint Black Cherry - Mixed/Liquid Diamonds/Kief**<br>OLYMPIC REEF, LLC<br>THC: 0.25% | .8g - $6.00 |
| | **Juicy Joint Blue Raspberry - Mixed/Liquid Diamonds/Kief**<br>OLYMPIC REEF, LLC<br>THC: 0.25% | .8g - $6.00 |
| | **Juicy Joint Cotton Candy - Mixed/Liquid Diamonds/Kief**<br>OLYMPIC REEF, LLC<br>THC: 0.25% | .8g - $6.00 |
| | **Juicy Joint Orange Creamsicle - Mixed/Liquid Diamonds/Kief**<br>OLYMPIC REEF, LLC<br>THC: 0.25% | .8g - $6.00 |
| | **Juicy Joint Rainbow Sherbet - Mixed/Liquid Diamonds/Kief**<br>OLYMPIC REEF, LLC<br>THC: 0.19% | .8g - $6.00 |
| | **Juicy Joint Seattle Berry - Mixed/Liquid Diamonds/Kief**<br>OLYMPIC REEF, LLC<br>THC: 0.25% | .8g - $6.00 |

## Categories



SHOP Flower | SHOP Pre-Rolls | SHOP Vaporizers | SHOP Concentrates | SHOP Edibles

SHOP Topicals | SHOP Accessories


















**PageVault**

| | |
|---|---|
| Document title: | You searched for juicy - Canna4Life |
| Capture URL: | https://canna4life.com/?s=juicy |
| Page loaded at (UTC): | Mon, 15 Jul 2024 20:23:59 GMT |
| Capture timestamp (UTC): | Mon, 15 Jul 2024 20:24:36 GMT |
| Capture tool: | 10.48.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 4 |
| Capture ID: | ebompMPGo97jAF8VWSBgpE |
| User: | dw-team2 |

PDF REFERENCE #:     9R7HC2A5SExrEoDGSMGAQm



Shop All    Categories    Specials    Resources    About    juicy

Sort: Popular

🔍 juicy

**Categories**
- ☑ All Categories
- ☐ Flower
- ☐ Pre-rolls
- ☐ Vaporizers
- ☐ Concentrates
- ☐ Edibles
- ☐ Tinctures

Show more

**Brands**
- ☑ All Brands
- ☐ Juicy Jay's
- ☐ Juicy Joints
- ☐ M80 Dynalites
- ☐ Packwraps
- ☐ Sweetwater Farms

**Effects**
- ☑ All Effects
- ☐ Calm
- ☐ Clear Mind
- ☐ Creative
- ☐ Energetic
- ☐ Focused
- ☐ Happy

Show more

**Strain types**
- ☑ All Strain types
- ☐ Indica
- ☐ Sativa
- ☐ Hybrid
- ☐ Indica-Hybrid
- ☐ Sativa-Hybrid
- ☐ High CBD

Show more



🏷 20% Off
**Sweetwater Farms**
Juicy GMO swf
~~$35.00~~
**$28.00/3.5g**
Indica   THC 3%   CBD 0.27%
🛒 Add to cart



🏷 Special Offer
**Packwraps**
Twisted Juicy Mango Wraps
~~$8.00~~
**$4.00**
🛒 Add to cart



**Juicy Jay's**
Black Berrylicious Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Milk Chocolate Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Raspberry Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Marshmallow Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Coconut Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Maple Syrup Rolling Papers
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Candy Cane Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Jay's**
Strawberry Kiwi Flavored Rolling Papers jj
**$3.00**
🛒 Add to cart



**Juicy Joints**
Infused PR Pomegranate orjj
**$5.00/.8g**
Hybrid
THC 25.35% - 42.19%
CBD 0.09% - 0.16%
🛒 Add to cart



**Juicy Joints**
Infused PR Mango orjj
**$5.00/.8g**
Sativa
THC 25.35% - 42.19%
CBD 0.09% - 0.16%
🛒 Add to cart

- Hybrid
- Indica-Hybrid
- Sativa-Hybrid
- High CBD

Show more

Potency %

Potency THC

0% 100%

Potency CBD

0% 100%

Potency MG

Potency THC

0mg 1000mg

Potency CBD

0mg 1000mg

Rolling Papers jj
$3.00
Add to cart

Rolling Papers jj
$3.00
Add to cart

orjj
$5.00/.8g
Hybrid
THC 25.35% - 42.19%
CBD 0.09% - 0.16%
Add to cart

$5.00/.8g
Sativa
THC 25.35% - 42.19%
CBD 0.09% - 0.16%
Add to cart

**Juicy Joints**
Infused PR Blue Raspberry orjj
**$5.00/.8g**
Sativa
THC 25.35% - 45%
CBD 0.16%
Add to cart

**Juicy Joints**
Infused PR Au Naturel orjj
**$5.00/.8g**
Hybrid
THC 18.08% - 44.7%
CBD 0.7%
Add to cart

**Juicy Joints**
Infused PR Rainbow Sherbet orjj
**$5.00/.8g**
Indica
THC 18.06% - 42.19%
CBD 0.09%
Add to cart

**Juicy Joints**
Infused PR Cotton Candy orjj
**$5.00/.8g**
Sativa
THC 20.46% - 45%
CBD 0.14%
Add to cart

**Juicy Joints**
Infused PR Grape orjj
**$5.00/.8g**
Sativa
THC 20.46% - 40.02%
CBD 0.1%
Add to cart

**Juicy Joints**
Infused PR Black Cherry orjj
**$5.00/.8g**
Sativa
THC 25.35% - 38.1%
CBD 0.13% - 0.16%
Add to cart

**Juicy Joints**
Infused PR Bubble Gum orjj
**$5.00/.8g**
Indica
THC 19.17% - 44.7%
CBD 0.7%
Add to cart

**Juicy Joints**
Infused PR Orange Creamsicle orjj
**$5.00/.8g**
Sativa
THC 20.46% - 40.02%
CBD 0.1%
Add to cart

< 1 2 >

Powered by RankReallyHigh

**Hours**
Sunday 9:00am – 10:00pm
Monday 8:00am – 11:00pm

**Contact**
(509) 295-8218
721 6th St

**Resources**
FAQs
Glossary Of Terms

**Site**
About
Blog

0mg 1000mg

CBD 0.16% | Add to cart
Add to cart
CBD 0.09% | Add to cart
CBD 0.14% | Add to cart

**Juicy Joints**
Infused PR Grape orjj
**$5.00/.8g**
Sativa
THC 20.46% - 40.02%
CBD 0.1%
Add to cart

**Juicy Joints**
Infused PR Black Cherry orjj
**$5.00/.8g**
Sativa
THC 25.35% - 38.1%
CBD 0.13% - 0.16%
Add to cart

**Juicy Joints**
Infused PR Bubble Gum orjj
**$5.00/.8g**
Indica
THC 19.17% - 44.7%
CBD 0.7%
Add to cart

**Juicy Joints**
Infused PR Orange Creamsicle orjj
**$5.00/.8g**
Sativa
THC 20.46% - 40.02%
CBD 0.1%
Add to cart

< 1 2 >

Powered by RankReallyHigh

### Hours

| | |
|---|---|
| Sunday | 9:00am – 10:00pm |
| Monday | 8:00am – 11:00pm |
| Tuesday | 8:00am – 11:00pm |
| Wednesday | 8:00am – 11:00pm |
| Thursday | 8:00am – 11:00pm |
| Friday | 8:00am – 11:00pm |
| Saturday | 8:00am – 11:00pm |

### Contact

**(509) 295-8218**
721 6th St
Clarkston, WA 99403

### Resources

FAQs
Glossary Of Terms
Enjoy Cannabis Effects
Medical Cannabis

### Site

About
Blog
Contact
Directions

CANNA 4 LIFE

Copyright © 2024 Canna4Life. All Rights Reserved.

Privacy Policy Terms Of Use

Warning: This product has intoxicating effects & may be habit forming. Cannabis can impair concentration, coordination, & judgment. Do not operate a vehicle or machinery under the influence of this drug. There may be health risks associated with consumption of this product. For use only by adults 21 years or older. Keep out of reach of children.

RankReallyHigh











