UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | BBK Tobacco & Foods LLP, an Arizona limited liability partnership, d/b/a HBI International , ; | **Defendant**(s): | Olympic Reef, LLC, a Washington limited liability company , ; |
| County of Residence: Maricopa | | County of Residence: Outside the State of Arizona | |
| County Where Claim For Relief Arose: Maricopa | | | |

Plaintiff's Atty(s):

**Frank G. Long** ,
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona  85004
602-285-5000

**J. Alex Grimsley** ,
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona  85004
602-285-5000

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties(Diversity Cases Only) | |
| Plaintiff:- | 4 AZ corp or Principal place of Bus. in AZ |
| Defendant:- | 5 Non AZ corp and Principal place of Business outside AZ |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 890 Other Statutory Actions |
| VI.Cause of Action: | 15 U.S.C 1114 (Trademark Infringement); 15 U.S.C. 1125(a) (False Designation of Origin); 15 U.S.C. 1125(d) (Cybersquatting); 28 U.S.C. 1367 (supplmental jurisdiction over common law trademark infringement and unfair compeittion claims) |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | Yes |
| VIII. This case **is not related** to another case. | |

Signature: s/J. Alex Grimsley

Date: July 23, 2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014