EXHIBIT A

1  Frank G. Long (#012245)
   flong@dickinsonwright.com
2  J. Alex Grimsley (#019111)
   jagrimsley@dickinsonwright.com
3  **DICKINSON WRIGHT PLLC**
   1850 N. Central Avenue, Suite 1400
4  Phoenix, Arizona 85004-4568
   Phone: (602) 285-5000
5  Fax: (844) 670-6009

6  courtdocs@dickinsonwright.com

7  *Attorneys for Plaintiff*

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                  **FOR THE DISTRICT OF ARIZONA**

11

| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>Plaintiff,<br><br>v.<br><br>Olympic Reef, LLC, a Washington limited liability company;<br><br>Defendant. | Case No. _____<br><br>**EXHIBIT A to**<br><br>**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

| Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|
| 3053223 | January 31, 2006 | BBK Tobacco & Foods, LLP |
| 4568185 | July 15, 2014 | BBK Tobacco & Foods, LLP |
| 5046497 | September 20, 2016 | BBK Tobacco & Foods, LLP |
| 7129962 | August 8, 2023 | BBK Tobacco & Foods, LLP |
| 2678289 | January 21, 2003 | BBK Tobacco & Foods, LLP |
| 3876971 | November 16, 2010 | BBK Tobacco & Foods, LLP |
| Application Ser. No. 98490705 | Filed April 9, 2024 | Applicant: BBK Tobacco & Foods, LLP |

1